## (January 14, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAVERLY WATSON, Appellant.— Judgment of conviction for violation of section 1298 of the Penal Law unanimously reversed, on the law, and the information dismissed. (See *People* v. *Richardson,* 16 A D 2d 914.) Concur — Botein, P. J., Stevens and Eager, JJ.; Breitel and McNally, JJ., concur on constraint of *People* v. *Richardson* (16 A D 2d 914).

■ In the Matter of SYLVESTER COSENTINO, Respondent, v. LOUIS J. CARBONETTI, Appellant, and EDWARD F. CAVANAGH, JR., as Chairman of the Democratic County Committee, County of New York, et al., Respondents.— Order, entered on January 8, 1963, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

## (January 15, 1963)

■ JEAN A. LAMOUREUX, Respondent, v. TECHNIFOAM CORPORATION, Appellant.— Order entered on December 19, 1962 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ GREGORY SHEABER, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.— Order entered on July 2, 1962 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ PATRICIA F. UNTERMEYER, Individually and as Guardian ad Litem of KATHRYN P. UNTERMEYER, an Infant, et al., Appellants, v. UNITED STATES OLYMPIC ASSOCIATION, INC., Respondent.— Order entered on July 6, 1962 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ CORHILL CORPORATION, Appellant, v. S. D. PLANTS, INC., Defendant and Third-Party Plaintiff-Respondent. GENERAL ANILINE & FILM CORPORATION, Third-Party Defendant-Respondent.— Order, entered on August 3, 1962, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ HALPERIN SHIVITZ SCHOLER & STEINGUT, Respondent, v. ALEX VOGEL, Appellant.— Order, entered on April 5, 1962, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ EDDIE BROWN, Respondent, v. THOMAS BRIGGS, Defendant, and LE ROY JOHNSON, Appellant.— Order, entered on July 13, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOHN J. MCCLOSKEY, as Sheriff of the City of New York, et al., Appellants, v. BELGIAN AMERICAN BANKING CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.